**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mark POINDEXTER, Petitioner**

**No. 761 MAL 2016**

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Raymond DENNISON, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent**

**No. 760 MAL 2016**

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**BOROUGH OF PALMYRA, Respondent**

v.

**Raymond U. BRANDT, Petitioner**

**No. 743 MAL 2016**

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.